

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bernard Dixon, Appellant

No. 06-14-00031-CV          v.

Pilgrim Bank, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV-41193).    Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Bernard Dixon, pay all costs of this appeal.

RENDERED JUNE 18, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk